| | | |
|---|---|---|
| JOSE NONATO, on behalf of himself and all others similarly situated | ) | **United States District Court**<br>**Northern District of Illinois** |
| Plaintiffs, | ) | Case No.: 1:26-cv-4808 |
| v. | ) | |
| TILLEY ENDURABLES CORPORATION, | ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: June 22, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*
**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn NY 11234
O: 844-731-3343 | D: 929-442-2154
Email: Achan@ealg.law