| | | |
|---|---|---|
| JOSE NONATO, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TILLEY ENDURABLES CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-4808<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above- captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 6, 2026

***/s/ Alison Chan***
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law
*Attorneys for Plaintiff*

**/s/ Benjamin L. Riddle**
By: Benjamin L. Riddle
Steptoe & Johnson PLLC
Kentucky 101 South Fifth Street Ste 3200
Louisville, KY 40202
T: 502-423-2000
Email: benjamin.riddle@steptoe-johnson.com
*Attorneys for Defendant*